UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNNY R. ROGERS                                                      PLAINTIFF

v.                                        No. 2:19-CV-02077

ANDREW SAUL, Commissioner
Of Social Security                                                   DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 18) from United States Magistrate Judge Mark E. Ford.  Plaintiff Johnny R. Rogers has filed objections (Doc. 19).  The Court has reviewed the report and recommendation and social security transcript (Doc. 13) de novo with respect to Plaintiff's objections.  28 U.S.C. § 636(b)(1).  Plaintiff's objections offer neither law nor fact requiring departure from the report and recommendation.  The report and recommendation is ADOPTED IN FULL.

IT IS THEREFORE ORDERED that the decision of the Commissioner of Social Security to deny Plaintiff's application is AFFIRMED and this case is DISMISSED WITH PREJUDICE.  Judgment will be entered separately.

IT IS SO ORDERED this 3rd day of June, 2020.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE