UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNNY R. ROGERS                                                    PLAINTIFF

v.                                    No. 2:19-CV-02077

ANDREW SAUL, Commissioner
Of Social Security                                                 DEFENDANT

## **JUDGMENT**

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITH

PREJUDICE.

IT IS SO ADJUDGED this 3rd day of June, 2020.

/s/ P. K. Holmes, III

P.K. HOLMES, III
U.S. DISTRICT JUDGE